SARAH OLINER, Plaintiff, *v.* AMERICAN-ORIENTAL BANKING CORPORATION, Appellant.

GEORGE SELLETT, as Liquidator of AMERICAN-ORIENTAL BANKING CORPORATION, Appellant; AMERICAN RESERVE INSURANCE COMPANY et al., Respondents.

Submitted January 8, 1940; decided January 12, 1940.

*Lionel P. Marks, Harold H. Feigin* and *Arnold T. Koch* for motion to dismiss appeal and in opposition to motion for a stay.

*Jacob Krisel* in opposition to motion to dismiss appeal and for motion for a stay.

Motion to dismiss appeal denied. The order appealed from is a final order and the appeal lies from the order entered in the office of the clerk of the Appellate Division upon the decision of the Appellate Division. (*Matter of Westberg*, 279 N. Y. 316.) From that order the appellants may appeal as of right and may again raise the constitutional question. Motion for a stay pending the appeal granted.